Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| EL PUEBLO DE PUERTO RICO<br><br>Peticionario<br><br><br>v.<br><br>LUIS J. IRIZARRY ZAPATA<br><br>Recurrido | TA2025CE00265 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Mayagüez<br><br>Caso número: ISCR202400571 al 575 ISCR202401381 al 1385<br><br>Sobre: Art. 93 CP, Art. 244 CP, Art. 6.05. 6.11, 6.22 Ley 168 |
| EL PUEBLO DE PUERTO RICO<br><br>Peticionario<br><br><br>v.<br><br>JUAN E. RODRÍGUEZ RUIZ<br><br>Recurrido | | CERTIORARI procedente del Tribunal de Primera Instancia, Sala Superior de Mayagüez<br><br>Caso núm.: ISCR202400550 al 553<br><br>Sobre: Art. 93 CP, Art. 6.05, 6.22 Ley 168 Art. 244 CP |

Panel integrado por su presidenta, la juez Brignoni Mártir, el juez Salgado Schwarz y la juez Aldebol Mora.

Aldebol Mora, Juez Ponente

# **RESOLUCIÓN**

En San Juan, Puerto Rico, a 3 de septiembre de 2025.

Examinada la *Petición de Certiorari* instada el 8 de agosto de 2025 por El Pueblo de Puerto Rico, por conducto de la Oficina del Procurador General de Puerto Rico, así como el *Escrito en cumplimiento de orden y exponiendo por qué no procede expedir el auto* presentado por Luis J. Irizarry Zapata y Juan E. Rodríguez Ruiz el 25 del mismo mes y año, disponemos lo siguiente:

Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de *certiorari.* Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones